Case 5:20-cv-01214-NC   Document 37   Filed 11/18/20   Page 1 of 3

FILED
Nov 18 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

David B. Draper (Bar No. 107790)
ddraper@terralaw.com
James A. McDaniel (Bar No. 300041)
jmcdaniel@terralaw.com
TERRA LAW LLP
50 W. San Fernando St., Ste. 1315
San Jose, California 95113
Tel: (408) 299-1200
Fax: (408) 998-4895

Attorneys for Defendants
Arrayit Corporation, Rene Schena and Mark Schena

Adam F. Gambel (Bar No. 95152)
agambel@gambellaw.com
GAMBEL LAW
235 Montgomery St., Ste. 1220
San Francisco, California 94104-3103
Tel: (415) 392-3100
Fax: (415) 392-3133

Attorneys for Plaintiff
Universidad Nacional Autónoma De México

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIVERSIDAD NACIONAL AUTÓNOMA DE MÉXICO, a Mexico corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARRAYIT CORPORATION, a Nevada corporation, MARK SCHENA, an individual, and RENE SCHENA, an individual<br><br>Defendants. | Case No. 5:20-cv-01214-NC<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO MARK SCHENA AND RENE SCHENA** |

<u>STIPULATION</u>

Plaintiff Universidad Nacional Autónoma De Mexico ("UNAM") and defendants Arrayit Corporation, Mark Schena, and Rene Schena (collectively the "Parties") have reached a settlement in this matter. Pursuant to their settlement agreement, which includes the entry of a

1
**STIPULATION AND ORDER DISMISSING ACTION AS AGAINST MARK SCHENA AND RENE SCHENA**

separately stipulated judgment against Arrayit Corporation, the Parties have agreed to and now stipulate to the voluntary dismissal without prejudice of this action, including all claims and causes of action therein, only as to defendants Mark Schena and Rene Schena, each party to bear his, her, or its own costs and expenses, including attorneys' fees, with the Court retaining jurisdiction to enforce the Parties' settlement agreement.

Dated: November 18, 2020             TERRA LAW LLP

By: /s/ James A. McDaniel
James A. McDaniel
Attorneys for Arrayit Corporation, Rene Schena and Mark Schena

Dated: November 18, 2020             GAMBEL LAW

By: /s/ Adam F. Gambel
Adam F. Gambel
Attorneys for Universidad Nacional Autónoma De México

ORDER

Having reviewed the above stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. As to defendants Mark Schena and Rene Schena only, this action, including all claims and causes of action therein, is dismissed without prejudice, each party to bear his, her or its own costs and expenses, including attorneys' fees; and

2. The Court shall retain jurisdiction to enforce the parties' settlement agreement.

Date: November 18, 2020

_____
Nathanael M. Cousins
United States Magistrate Judge

**GRANTED**
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

//
//
//

//

## ATTORNEY ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: November 18, 2020          By: ___/s/ James A. McDaniel, Esq.___